UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 12-80220-jrs |
| WEINSTOCK & SCAVO, P.C., | Chapter 7 |
| Debtor. | Judge Sacca |
| WILLIAM J. LAYNG, JR., as Chapter 7 Trustee for WEINSTOCK & SCAVO, P.C., Plaintiff, | Adv. No. 21-05122-JRS |
| *v.* | |
| UNITED STATES OF AMERICA, *et al.* | |
| Defendants. | |

**JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING OR MOTION**

Pursuant to BLR 9006-1 and Fed. R. Bankr. P. 9006, Plaintiff William J. Layng, Jr., as chapter 7 trustee of the estate of Weinstock & Scavo, P.C. ("Plaintiff"), and Defendant the United States of America by and through its agency the United States Department of Treasury – Internal Revenue Service, ("Defendant") by and through their respective counsel, stipulate as follows:

1. On December 2, 2021, Plaintiff filed a Complaint [ECF No. 1] seeking to determine extent, validity, and priority of certain liens on property of the estate.

2. On December 3, 2021, the Court issued summons directed to Defendant [ECF No. 2].

3. Pursuant to Fed. R. Bankr. P. 7012, Defendant is required to file a responsive pleading or motion to the Complaint.

4. The parties stipulate to an extension of time for Defendant to file a responsive pleading or motion to the Complaint through February 18, 2022. This is the first extension of time to file a responsive pleading or motion and this stipulation is filed prior to expiration of the deadline.

5. This stipulation is entered into without prejudice to requesting a further extension of time and without prejudice to or waiver of any party's rights, claims, or defenses.

Dated: December 23, 2021.

**STIPULATED TO BY:**            KURT R. ERSKINE

UNITED STATES ATTORNEY

*/s/ Vivieon Kelly Jones*
VIVIEON K. JONES
Assistant U.S. Attorney
Georgia Bar No. 143033
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: (404) 581-6312
Facsimile: (404) 581-6151
vivieon.jones@usdoj.gov

/s/ *Theodore N. Stapleton*
(with express written permission)
Theodore N. Stapleton
Georgia Bar No. 675850
Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia, 30339
Telephone: (770) 436-3334
tstaple@tstaple.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have on December 23, 2021 electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: December 23, 2021.    KURT R. ERSKINE
UNITED STATES ATTORNEY

s/ *Vivieon Kelly Jones*
VIVIEON K. JONES
Assistant U.S. Attorney