IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| WEINSTOCK & SCAVO, P.C., : | |
| : | CASE NO. 12-80220-jrs |
| Debtor. : | |
| : | JUDGE SACCA |
| : | |
| WILLIAM J. LAYNG, JR., as Chapter 7 Trustee : | |
| for WEINSTOCK & SCAVO, P.C., : | |
| : | ADVERSARY PROCEEDING |
| : | NO. 21-05122 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| US BANK TRUST NATIONAL ASSOCIATION, : | |
| not in its individual capacity but solely as Owner : | |
| Trustee for VRMTG Asset Trust, RBC BANK : | |
| (USA), PNC BANK, NATIONAL : | |
| ASSOCIATION, CHARLTON C. LESTER, : | |
| JADE EYE 72 TRUST, INTERNAL REVENUE : | |
| SERVICE and JERMAINE BRADLEY, : | |
| : | |
| Defendants. : | |

### DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF WILLIAM J. LAYNG, JR., AS CHAPTER 7 TRUSTEE, AGAINST CO-DEFENDANTS RBC BANK (USA), PNC BANK, CHARLTON C. LESTER, JADE EYE 72 TRUST, AND JERMAINE BRADLEY

**IT APPEARING** to the Court that Co-Defendants RBC Bank (USA) ("RBC"), PNC Bank (PNC"), Charlton Carlos Lester ("Lester"), Jade Eye 72 Trust ("Jade Eye") and Jermaine Bradley ("Bradley")(collectively referred to as the "Default Defendants") have failed to file an answer or other responsive pleadings to Plaintiff's Summons and Complaint served on December 6, 2021 and that said answer or other responsive pleadings were due on or about January 5, 2022, and that no hearing is required; it is hereby

**ORDERED, ADJUDGED AND DECREED** that a judgement by default is hereby entered in favor of Plaintiff against Default Defendants and Plaintiff's Motion for Default Judgment is granted as follows:

(a)   Default Defendants have no claim, lien or encumbrance on the property of the estate known as 2225 Wallace Road, SW, Atlanta, Georgia, 30331;

(b)   Default Defendants have no claim, lien or encumbrance on any of the proceeds, by sale or otherwise, from the property of the estate known as 2225 Wallace Road, SW, Atlanta, Georgia, 30331.

### END OF DOCUMENT

Prepared by:
**THEODORE N. STAPLETON, P.C.**

By: /s/ Theodore N. Stapleton
THEODORE N. STAPLETON
Georgia Bar No. 675850
Attorneys for Plaintiff

Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia   30339
Telephone: (770) 436-3334

tstaple@tstaple.com

## DISTRIBUTION LIST

Theodore N. Stapleton
Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia 30339

Charlton Carlos Lester
3434 Hamlin Square, S.W.
Atlanta, GA  30331

Lisa Caplan, Esq.
Rubin Lubin, LLC
3145 Avelon Ridge Place
Suite 100
Peachtree Corners, GA 30071

Charlton C. Lester
PO Box 43846
Atlanta, GA 30336

Charlton C. Lester
2864 Georgian Dr.
West Chamblee, GA 30341-4858

Charlton C. Lester
PO Box 492289
Atlanta, GA 30349

Charlton C. Lester
2225 Wallace Road, SW
Atlanta, GA 30331

Internal Revenue Service
Bankruptcy Section
401 W. Peachtree St. NW
Room 900 Stop 334D
Atlanta, GA 30308

RBC Bank (USA)
c/o Lending Service Center
PO Box 1220
Rocky Mount, NC 27802

Jermaine Bradley
150 Campbellton Road
Fairburn, GA 30213

Jermaine Bradley
PO Box 297
Union City, GA  30291

Vivieon Jones
Assistant United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303

US Bank Trust National Assoc.
as Owner Trustee for VRMTG AssetTrust
888 7th Avenue, 10th Floor
New York, NY 10019

Internal Revenue Service
PO Box 7346
2970 Market Street
Philadelphia, PA 19104

Jermaine Bradley
150 Campbellton Street
Fairburn, GA 30213

RBC Bank (USA)
W. James Westlake, CEO
301 Fayetteville Street
Suite 2100
Raleigh, NC 27601

PNC Bank, National Association
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092