**IT IS ORDERED as set forth below:**



**Date: March 14, 2022**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| WEINSTOCK & SCAVO, P.C., : | |
| : | CASE NO. 12-80220-jrs |
| Debtor. : | |
| : | JUDGE SACCA |
| _____ : | |
| : | |
| WILLIAM J. LAYNG, JR., as Chapter 7 Trustee : | |
| for WEINSTOCK & SCAVO, P.C., : | |
| : | ADVERSARY PROCEEDING |
| : | NO. 21-05122 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| US BANK TRUST NATIONAL ASSOCIATION, : | |
| not in its individual capacity but solely as Owner : | |
| Trustee for VRMTG Asset Trust, RBC BANK : | |
| (USA), PNC BANK, NATIONAL : | |
| ASSOCIATION, CHARLTON C. LESTER, : | |
| JADE EYE 72 TRUST, INTERNAL REVENUE : | |
| SERVICE and JERMAINE BRADLEY, : | |
| : | |
| Defendants. : | |
| _____ : | |

1

## JUDGMENT

Based upon the Order of even date herewith it is ORDERED, ADJUDGED, and DECREED that:

1. Judgment on the merits, or in the alternative by default, is entered against PNC, RBC, Jade Eye 72 Trust, Lester and Bradley that they have no interest in the Property, as defined in the Order entered herewith, or its sale proceeds.

2. Title to the Property is vested in Maddox by virtue of the Trustee's sale to him.

3. US Bank is entitled to payment on its outstanding First Priority Security Deed on the Property in the amount of $512,997.30 as of December 9, 2021 plus per diem interest through the payment date and Trustee is directed to make payment to US Bank accordingly.

4. No other person or entity, including RBC, PNC, Lester, Jade Eye 72 Trust or Bradley, in any capacity, has any interest in the Property or its sale proceeds. Any interests of RBC, PNC, Lester, Jade Eye 72 Trust and Bradley therein are void according to the foregoing Findings of Fact and Conclusions of Law.

5. The balance of the proceeds from the sale of the Property after satisfaction of the US Bank First Priority Security Deed shall be applied in satisfaction of the amounts due to the estate on the State Court Judgments.

**END OF DOCUMENT**

Prepared by:
**THEODORE N. STAPLETON, P.C.**
By: /s/ Theodore N. Stapleton
THEODORE N. STAPLETON
Georgia Bar No. 675850

Attorneys for Plaintiff
Suite 100-B

2802 Paces Ferry Road
Atlanta, Georgia 30339
Telephone: (770) 436-3334
tstaple@tstaple.com

**DISTRIBUTION LIST**

Theodore N. Stapleton
Suite 100-B
2802 Paces Ferry Road
Atlanta, Georgia 30339

Charlton Carlos Lester
3434 Hamlin Square, S.W.
Atlanta, GA

Charlton C. Lester
2864 Georgian Dr. West
Chamblee, GA 30341-4858

Internal Revenue Service
Bankruptcy Section
401 W. Peachtree St. NW
Room 900 Stop 334D
Atlanta, GA 30308

RBC Bank (USA)
c/o Lending Service Center
PO Box 1220
Rocky Mount, NC 27802

Jermaine Bradley
150 Campbellton Road
Fairburn, GA 30213

Jermaine Bradley
PO Box 297

3

Union City, GA  30291 30331

Lisa Caplan, Esq.
Rubin Lubin, LLC
3145 Avelon Ridge Place
Suite 100
Peachtree Corners, GA 30071

Charlton C. Lester
PO Box 492289
Atlanta, GA 30349

Vivieon Jones
Assistant United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW,
Suite 600
Atlanta, GA 30303

US Bank Trust National Assoc.
as Owner Trustee for VRMTG Asset Trust
888 7th Avenue, 10th Floor
New York, NY 10019

PNC Bank,
National Association Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Charlton C. Lester
PO Box 43846
Atlanta, GA 30336

Charlton C. Lester
2225 Wallace Road, SW
Atlanta, GA 30331

Internal Revenue Service
PO Box 7346
2970 Market Street
Philadelphia, PA 19104

Jermaine Bradley
150 Campbellton Street

4

Fairburn, GA 30213

RBC Bank (USA)
W. James Westlake, CEO
301 Fayetteville Street, Suite 2100
Raleigh, NC 27601

Bret Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071